Núm. 7348.—Yabucoa Sugar Co., aplte. v. Aetna Casualty & Surety Co., aplda.—C. D. Humacao.　　　　　　　Noviembre 10, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, los únicos errores señalados por la parte apelante son:

"Primero. La corte erró al apreciar la prueba presentada por ambas partes en este caso.

"Segundo. La condena de costas es improcedente."

Por cuanto, vista la moción que antecede sobre desestimación, examinado el alegato de la demandante apelante y atendidos los argumentos orales de ambas partes, no encontramos ni error manifiesto en la apreciación de la prueba ni abuso de discreción en la imposición de costas,

Por tanto, se desestima como frívola la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de Humacao en 9 de marzo de 1936.

El Juez Asociado Sr. Córdova Dávila no intervino.